IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JEFFREY L. WILHITE              )        8:10CV306
                                )
           Plaintiff,           )
                                )        ORDER
      vs.                       )
                                )
UNION PACIFIC RAILROAD COMPANY, )
A Corporation,                  )
                                )
           Defendant.           )
_____)
```

IT IS ORDERED that a planning conference with the undersigned will be held on:

**Thursday, September 22, 2011, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 1st day of September, 2011.

BY THE COURT:

/S/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court